FILED

1   Adam M. Rose, Esq. (210880)
    starrlawadam@yahoo.com
2   LAW OFFICE OF ROBERT STARR
    23277 Ventura Boulevard
3   Woodland Hills, CA 91364
    Phone:    (818) 225-9040
4   Fax:      (818) 225-9042

5   Attorney for Plaintiff
    ANTHONY ARUTUNIAN

2012 FEB -7  PM 3: 39

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CV 12   1048 -GW (AGRx)

ANTHONY ARUTUNIAN,

    Plaintiff,

    v.

COUNTY OF LOS ANGELES,
LOS ANGELES COUNTY
SHERIFF'S DEPARTMENT,
SHERIFF LEE BACA,
LOS ANGELES COUNTY BOARD
OF SUPERVISORS,
and DOES 1 to 10,

    Defendants.

Case No.

COMPLAINT FOR DAMAGES
AND EQUITABLE RELIEF;
DEMAND FOR JURY TRIAL

PRELIMINARY ALLEGATIONS

1.    The court has jurisdiction pursuant to 28 U.S.C. § 1331, federal question jurisdiction.

2.    Plaintiff Anthony Arutunian ("ARUTUNIAN") is a resident of Los Angeles County.

3.    Defendant County of Los Angeles ("the COUNTY") is a governmental entity.

4.    Defendant Los Angeles County Sheriff's Department ("SHERIFF") is a governmental entity and on information and belief is responsible for the

creation, implementation, and enforcement of the Los Angeles County Jail's policies and procedures, as well as day-to-day operations, and the requisite training for Los Angeles County Jail correctional officers.

5. Defendant Sheriff Lee Baca ("BACA") was the Los Angeles County Sheriff at the time of the incident. BACA was mandated to ensure the Los Angeles County Men's Central Jail was safe and secure.

6. On information and belief, BACA is responsible for the creation, implementation, and enforcement of the Los Angeles County Jail's policies and procedures, as well as day-to-day operations, and the requisite training for Los Angeles County Jail correctional officers.

7. Defendant Los Angeles County Board of Supervisors ("the BOARD") is Los Angeles County's legislative body that provides policy direction for all branches of county government. On information and belief, the BOARD is responsible for the creation, implementation, and enforcement of the Los Angeles County Jail's policies and procedures, as well as day-to-day operations, and the requisite training for Los Angeles County Jail correctional officers.

8. ARUTUNIAN does not know the true names and capacities of Doe defendants 1 to 10 and therefore uses fictitious names. ARUTUNIAN will amend the complaint to allege the true names and capacities when ascertained pursuant to Code of Civil Procedure section 474.

9. Defendants were the agents, employees, and co-conspirators engaged in the acts and conduct alleged, acted within the course and scope of agency and employment, and with the permission and consent of the other defendants. Plaintiff is informed and believes the acts alleged below were ratified by the other defendants.

10. ARUTUNIAN was a detainee in the custody of the Los Angeles County Men's Central Jail and was attacked by violent inmates as a direct result of

Defendants' acts and omissions on February 22, 2010.

11. At that time, ARUTUNIAN was housed in a protective custody unit reserved for inmates charged with or convicted of sexual offenses, and was required to wear a yellow wristband.

12. Defendants' officers removed ARUTUNIAN from the segregated area and placed him in the general population where the other inmates could plainly see ARUTUNIAN's yellow wristband he was required to wear.

13. Shortly after, at least three other inmates attacked ARUTUNIAN causing him to suffer seriously physical and emotional injuries.

14. The attack on ARUTUNAIN was a direct result of Defendants' acts and omissions, done in violation of the Los Angeles County Jail policy, and with deliberate indifference to ARUTUNIAN's safety.

15. Defendants knew or should have known of the danger inherent in locking a protective custody inmate in the general population without the physical presence of correctional officers.  Thus, Defendants' conduct violated ARUTUNIAN's Eighth and Fourteenth Amendment rights.

16. Defendants knew or should have known that ARUTUNIAN should not have had contact with the general inmate population at the jail.

17. Defendants were aware or should have been aware of the substantial risk of physical hard to ARUTUNIAN by placing him with the general inmate population, however Defendants acted with deliberate indifference to ARUTUNIAN's safety and with knowledge of substantial likelihood that he would be injured.

18. Defendants permitted and did not prevent ARUTUNIAN from being placed in the general jail population in violation of Los Angeles County Jail policy.

19. When ARUTUNIAN was attacked, none of the defendants did anything to stop the attack.

///

20.  On information and belief, when an assault occurs at the Los Angeles County Jail, the procedure is for all officers who are aware of the incident to respond immediately.

21.  ARUTUNIAN, suffered great physical and emotional injuries as a result of Defendants' indifference to his safety.

## FIRST CAUSE OF ACTION

### CLAIM FOR DAMAGES UNDER 42 U.S.C. § 1983

Against All Defendants

22.  ARUTUNIAN incorporates by reference paragraphs 1 to 21 of the first amended complaint.

23.  Title 42 of the United States Code, section 1983 provides that every person who under color of any statute or ordinance subjects a person to the deprivation of any rights secured by the Constitution is liable to the party injured.

24.  Thus, under color of state law, with deliberate indifference to ARUTUNIAN's safety, and with knowledge of a significant likelihood of harm to ARUTUNIAN from other inmates, Defendants removed or permitted removal of ARUTUNIAN into the general inmate population who could see ARUTUNIAN's distinctive yellow wristband that identified him as charged with a sexual offense.

25.  With deliberate indifference to ARUTUNIAN's safety, Defendants did not take action or intervene in a timely manner to stop the attack on ARUTUNIAN.

26.  Defendants did not adequately train the correctional officers and staff employed at the Los Angeles County Jail, and did not create, implement, and enforce polices to prevent attacks against protective custody inmates and did not create or enforce policies to immediately stop attacks on inmates.

27.   ARUTUNIAN suffered serious physical and emotional injury as a result of Defendants' deliberate indifference to his safety and lack of protection of violence from other inmates. This violated ARUTUNIAN's Eighth Amendment right to be free from cruel and unusual punishment and Fourteenth Amendment right to personal safety and equal protection.

## PRAYER FOR RELIEF

A.   Injunction prohibiting Defendants from maintaining the practice of not protecting and acting with deliberate indifference to inmates at the Men's Central Jail.

B.   Special and general damages in amount to be proved at trial.

C.   Attorney fees and costs pursuant to 42 U.S.C. § 1988(b).

D.   Other relief the court deems proper.

Date: February 3, 2012                    LAW OFFICE OF ROBERT STARR

Adam Rose, Esq.
Attorney for Plaintiff
ANTHONY ARUTUNIAN

## DEMAND FOR JURY TRIAL

Plaintiff demands a jury trial pursuant to Federal Rule of Civil Procedure 38.

Date: February 3, 2012                    LAW OFFICE OF ROBERT STARR

Adam Rose, Esq.
Attorney for Plaintiff
ANTHONY ARUTUNIAN

COMPLAINT
5

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge George H. Wu and the assigned discovery Magistrate Judge is Alicia G. Rosenberg.

The case number on all documents filed with the Court should read as follows:

## CV12- 1048 GW (AGRx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

---

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| **[X] Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | **[ ] Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | **[ ] Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)        NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

Adam M. Rose, Esq. (210880)
Law Office of Robert Starr
23277 Ventura Blvd.
Woodland Hills, CA 91364
(818) 225-9040
(818) 225-9042 fax

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Anthony Arutunian, <br><br><br> PLAINTIFF(S) <br> v. <br><br> County of Los Angeles, Los Angeles County Sheriff's Department, Sheriff Lee Baca, Los Angeles County Board of Supervisors, and Does 1 to 10, <br><br> DEFENDANT(S). | CASE NUMBER <br><br> **CV 12 1048** -GW (AGR) <br><br><br> **SUMMONS** |

TO:     DEFENDANT(S):

   A lawsuit has been filed against you.

   Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, _Law Office of Robert Starr_____, whose address is _23277 Ventura Blvd., Woodland Hills, CA 91364, (818) 225-9040_____.  If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated:  __FEB - 7 2012__

By: _____MARIA DAVIS_____

Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States.  Allowed 60 days by Rule 12(a)(3)].*

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS |
|---|---|
| Anthony Arutunian | County of Los Angeles, Los Angeles County Sheriff's Department, Sheriff Lee Baca, Los Angeles County Board of Supervisors, and Does 1 to 10 |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| Adam Rose, Law Office of Robert Starr, 23277 Ventura Blvd., Woodland Hills, CA 91364, (818) 225-9040 | |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff  ☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant  ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify):  ☐ 6 Multi-District Litigation  ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:** JURY DEMAND: ☒ Yes  ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes  ☒ No       ☒ MONEY DEMANDED IN COMPLAINT: $ according to proof

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

42 U.S.C. 1983

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | | | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | | | | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | | ☐ 840 Trademark |
| | | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | SOCIAL SECURITY |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | | ☐ 443 Housing/Acco- mmodations | | ☐ 861 HIA (1395ff) |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 365 Personal Injury- Product Liability | ☐ 444 Welfare | | ☐ 862 Black Lung (923) |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | | | ☐ 640 R.R. & Truck | ☐ 864 SSID Title XVI |
| ☐ 893 Environmental Matters | REAL PROPERTY | IMMIGRATION | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 865 RSI (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 462 Naturalization Application | | ☐ 660 Occupational Safety /Health | FEDERAL TAX SUITS |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | | ☒ 440 Other Civil Rights | ☐ 690 Other | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 463 Habeas Corpus- Alien Detainee | | | |
| | ☐ 240 Torts to Land | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | | | |
| ☐ 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property | | | | |

**FOR OFFICE USE ONLY:**  Case Number: CV 12 1048

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

### UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No   ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No   ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)   ☐ A.  Arise from the same or closely related transactions, happenings, or events; or
                               ☐ B.  Call for determination of the same or substantially related or similar questions of law and fact; or
                               ☐ C.  For other reasons would entail substantial duplication of labor if heard by different judges; or
                               ☐ D.  Involve the same patent, trademark or copyright, <u>and</u> one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐   Check here if the government, its agencies or employees is a named plaintiff.  If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐   Check here if the government, its agencies or employees is a named defendant.  If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
   **Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
<u>Note: In land condemnation cases, use the location of the tract of land involved</u>

X.  SIGNATURE OF ATTORNEY (OR PRO PER): _____*Adam Cole*_____   Date February 3, 2012

**Notice to Counsel/Parties:**  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |